# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2021

Bridget M. McCormack,
Chief Justice

163236(119)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ALWATEN COMPANY FOR GENERAL
TRADING & OIL SERVICES, LLC, TROY
TRADING, INC., MOHAMMED AL-JABERI,
and ALI AL-JABERI,
        Plaintiffs-Appellees,

v

WALEED K. YOUSIF,
        Defendant-Appellant,
and

NABEEL YOUSIF, LOBNA YOUSIF, MARTIN
YOUSIF, J.P. MORGAN CHASE BANK, N.A.,
and JESSICA SHARP,
        Defendants.
_____/

SC: 163236
COA: 352721
Wayne CC: 18-002526-CB

       On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation of his reply is GRANTED. The 15-page reply submitted on August 5, 2021, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021



Clerk